# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 21, 2014

_____

## DOCKET CORRECTION NOTICE
_____

No. 14-1028,   Johnny Belsome v. Paul Burks
              3:12-cv-00800-GCM

TO:   Jacob H. Sussman
      Noell Peter Tin

FILING CORRECTION DUE:  March 26, 2014

Please make the correction identified below and file a corrected document by the date indicated.

[ x ] Other: Please file a copy of the intervenor's complaint as an attachment to the motion for leave to file a supplemental appendix using the docket entry [ATTACHMENT].


Donna Lett, Deputy Clerk
804-916-2704